IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| KENNETH R. FARMER and NORMA FARMER, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:12-cv-00374 |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, | § § § § | |
| Defendant. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties who have appeared in this civil action, through counsel, hereby stipulate that this civil action may be dismissed, with prejudice, and without an award of attorneys' fees or costs of any type whatsoever against any party.

Respectfully submitted this 30th day of May, 2013.

WE SO STIPULATE:

s/ K. Jeff Luethke, BPR No. 015534 (w/permission)
K. Jeff Luethke, BPR No. 015534
155 Shelby Street
Kingsport, Tennessee 37660
Phone: (423) 246-5333
Facsimile: (423) 392-1700
jeff@eastorjefflaw.com

*Attorney for Plaintiffs*

J CEW 132282 v1
2790883-000091 05/30/2013

s/ Chad E. Wallace, BPR No. 021741
S. Russell Headrick, BPR No. 005750
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Phone:  (865) 549-7204
Facsimile:  (865) 633-7204
rheadrick@bakerdonelson.com

and

Chad E. Wallace, BPR No. 021741
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee  37602
Phone:  (423) 928-0181
Facsimile:  (423) 928-5694
cwallace@bakerdonelson.com

*Attorneys for Defendant American Bankers*
*  Insurance Company of Florida*

J CEW 132282 v1
2790883-000091  05/30/2013